**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARLITA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | No.  04 C 3563 |
| | ) | |
| v. | ) | JUDGE CASTILLO |
| | ) | |
| COOK COUNTY SHERIFF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF JARED S. KOSOGLAD

I, Jared S. Kosoglad, being first duly sworn on oath, under penalties of perjury as provided by law, depose and state as follows:

1. Affiant graduated from American University, Washington College of Law in 2005.

2. After graduation, Affiant worked for the District of Columbia Public Defender's Office.  Affiant joined the firm of Smith, Coffey & Alexander in 2006.  Affiant currently works for A Law Office of Christopher R. Smith and has been so employed for almost two years.

3. The primary practice area of the firm is § 1983 civil rights litigation.

4. Affiant has appeared in 45 civil rights cases in the United States District Court for the Northern District of Illinois and has participated in several criminal cases in Illinois State Court.

5. Affiant has obtained numerous favorable settlements for his clients and has been lead counsel in several federal civil rights cases.



6.     Affiant has reviewed the attached billing records; the billing records somewhat understate the time Affiant spent working on this case but are reasonable in terms of time spent per task.

FURTHER AFFIANT SAYETH NOT.

Under penalities as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

_____
Jared S. Kosoglad

3-3-08
_____
Date

2