IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORMAN L. SMITH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 04 C 3563 |
| ) | |
| v. ) | The Honorable Ruben Castillo |
| ) | |
| COOK COUNTY SHERIFF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF RAYMOND J. SMITH

I, Raymond J. Smith, under penalties of perjury as provided by law, depose and state as follows:

1. I graduated from Northwestern Law School in 1956, and was admitted to the Illinois Bar in November 1956.

2. From 1956 to the present, I have been an attorney in good standing, licensed to practice law in the State of Illinois.

3. From 1956 until 1960, I was a First Lieutenant in the Army Judge Advocate General's Corps, prosecuting and defending many major felony cases in Germany. I was an Assistant United States Attorney in the Northern District of Illinois, obtaining convictions against nationally significant defendants that included high-ranking Teamster officials. I was the *ex-officio* federal defender representing *pro bono* hundreds of indigent defendants. I have tried over 150 federal and state criminal cases throughout the country on charges ranging from murder to income-tax fraud. As *pro bono* counsel, I obtained the dismissal of the indictment against Steve Manning, the thirteenth death row inmate exonerated in Illinois, which in part led to the

EXHIBIT H

moratorium imposed by Governor Ryan a few days later. I was co-counsel for Steven Manning in a civil rights case against two FBI agents in which the jury awarded $6.5 million. I represented the State of Illinois in *Schacht v. Brown*, obtaining a $30 million fraud judgment against three major accounting firms, a French reinsurer and the officers and directors of a defunct Illinois insurance company. In *Schacht*, I was the first attorney nationally to use a federal civil RICO theory. I also represented the State of Illinois in an antitrust case against a major pipeline company. I argued and won a case before the United States Supreme Court and several appeals in various federal circuits. I currently defend blue- and white-collar criminal cases and plaintiffs in civil rights cases, and am an adjunct professor of trial advocacy at Northwestern University School of Law.

    4.    I have reviewed the attached billing records. They are a fair and accurate depiction of the time I spent working on this case, and are reasonable in terms of time spent per task.

    5.    Further affiant sayeth not.

Under penalties as provided by law, pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

_____
Raymond J. Smith

Date: March 4, 2008