IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARLITA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04 C 3563 |
| | ) | |
| COOK COUNTY SHERIFF, et al., | ) | Judge Ruben Castillo |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S PETITION FOR MANDAMUS

Plaintiff, Marlita Thomas, by her attorneys, Daniel S. Alexander and Christopher Smith, respectfully petition this Honorable Court for a mandamus order directing defendant Cook County to pay the amount of the judgment, plus undisputed attorney's fees and costs, and undisputed interest. In support of this petition, plaintiff states as follows:

On May 21, 2010, the Seventh Circuit denied defendants' motion for a stay pending an appeal to the U.S. Supreme. On May 24, 2010 the Seventh Circuit issued its judgment mandate. To date, no cert petition or motion for stay has been filed with the Supreme Court.

1.   Most of the amount due plaintiff is not in dispute.  Plaintiff and defendants have agreed that the amount of the judgment, plus trial attorney's fees and costs, and appellate costs, and statutory post-judgment interest is at least $5,174,310.  There is a minor dispute on the date that interest on the attorney fee award should begin, but the parties are attempting to resolve the dispute.  If plaintiff's position is correct, the total

amount will increase $1,494.00.  In addition, the total amount does not include appellate attorney's fees, which the parties are attempting to agree upon, nor any award of prejudgment interest that plaintiff has requested by separate motion.

   2.   ASA Andy Creighton has stated that he has to have the figure to be paid to the Cook County Board by July 7, 2010, so that the Board may authorize payment on July 27, 2010, and a check will be tendered on August 16, 2010.

   3.   Plaintiff is concerned that the County may use the outstanding items listed in paragraph 2 above to attempt to delay payment of the judgment amount.  Because the County is obligated by law to pay the judgment, and $5,174,310 of the amount is not in dispute, plaintiff respectfully asks this Court for a mandamus order directing the County to pay this amount by August 16, 2010.  In the meantime, plaintiff will work with defendants to attempt to agree on the balance due for appellate attorney's fees, interest on the previously awarded fees, and prejudgment interest, which can be authorized by the Board at a later meeting and paid after August 16, 2010 if necessary.

   WHEREFORE, plaintiff respectfully asks this Court to enter a mandamus order directing defendant Cook County to pay to plaintiff and her attorneys the amount of $5,174,310 by August 16, 2010, and for such other and further relief as the Court deems just.

Respectfully submitted,

MARLITA THOMAS

/s/ Daniel S. Alexander
_____
By:  Daniel S. Alexander

2

        Daniel S. Alexander

        Law Offices of Daniel S. Alexander
        820 West Jackson, Suite 300
        Chicago, Illinois  60607
        312-263-8005