01/24/2011 14:33 FAX 3128033000    CCSAO    ☒002/003
01/24/2011 MON 12:04 FAX 3128502704 Smith, Johnson & Antholt    ☒002
Case: 1:04-cv-03563 Document #: 644 Filed: 01/25/11 Page 1 of 2 PageID #:6073 ☒002/003

Jan 24 2011 11:32AM    Jack P. Rimland    (312) 831-1502    P.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARLITA THOMAS, | ) |
| Plaintiff, | ) |
| | ) 04cv3563 |
| v. | ) |
| | ) No. 04 C 3563 |
| COOK COUNTY SHERIFF, et al., | ) |
| | ) Judge Ruben Castillo |
| Defendants. | ) |

### AGREED ORDER REGARDING ATTORNEYS' FEES

The plaintiff, Marlita Thomas and her attorneys Daniel Alexander and Christopher Smith, having agreed with defendant Cook County, Illinois on attorneys' fees for the plaintiff's successful U.S. Supreme Court Response Brief, the court orders as follows:

1. Cook County shall pay to attorneys Daniel Alexander and Christopher Smith the sum of $52,075.90, which shall be full payment and settlement of any attorneys' fees outstanding in this case. No interest shall be paid on this amount.

2. This payment shall be made as soon as possible and within 100 days of entry of this order. Once this payment has been made, there will be no further claims against defendants in this case.

3. The payment specified above to be distributed to the attorneys Daniel Alexander and Christopher Smith.

4. This agreed order is subject to approval of the County Board. If said approval is not obtained, this order shall be null and void and the plaintiff may petition the court for attorneys' fees.

1

ENTER:

*[signature]*
Judge Ruben Castillo
1/25/11

Approved:

*[signature]*
Daniel S. Alexander

*[signature]*
Christopher Smith

*[signature]* ASA
Andrew Creighton

Order prepared by:

Daniel S. Alexander
Law Offices of Daniel S. Alexander
820 West Jackson, Suite 300
Chicago, Illinois 60607
312-263-8005

2